```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN KESLAR, Bar No. 191521
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorneys for Defendant
HASSAN SWAID
```

FILED

FEB 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HASSAN SWAID, et al.,

    Defendant.
    _____/

No. 4-07-70057 WDB

[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the term of defendant Hassan Swaid's that precludes contact with any of his co-defendants is modified so as to permit contact with co-defendants Sufian Al-Khalidi and Wahidullah Ahmadi only, so long as there is no discussion about the charges contained in the complaint unless defendants' counsel are present. The no contact term of pretrial release shall remain in effect as to Hassan Swaid and the other co-defendants in this case.

SO ORDERED.

2-21-07
Date

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF
Pretrial, Financial