| | |
|---|---|
| 1 | **LAW OFFICES OF PAUL DELANO WOLF**<br>PAUL D. WOLF, SBN 78624 |
| 2 | LYNN M. KESLAR, SBN 191521<br>Evers Building |
| 3 | 717 Washington Street, 2nd floor<br>Oakland, CA 94607 |
| 4 | Telephone:   (510) 451-4600<br>Facsimile:    (510) 451-3002 |
| 5 | paul@pdwolflaw.com<br>lynn@pdwolflaw.com |
| 6 | |
| 7 | Attorneys for Defendant<br>HASAN SWAID |

**FILED**
FEB 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Hasan Swaid, et. al.<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Nos.   07-70057 WDB<br>(Hasan Swaid and<br>Rosemont Wholesale, Inc.)<br><br>07-70058 WDB<br>(Mohammed Aldhufri)<br><br>07-70059 WDB<br>(Mossleh Amari)<br><br>07-70060 WDB<br>(Nabil Munasar Alzoqari)<br><br>07-70062 WDB<br>(Wahidullah Ahmadi) |
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Sufian Khalil Al Khalidi and Basheer Mossleh Abdo Ammari,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.   07-70078 WDB<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR PRELIMINARY HEARING OR FILING OF INDICTMENT TO MARCH 12, 2007<br>(FRCP 5.1)<br><br>cc: Copies to parties via ECF, WDB's Stats |

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT

Case 4:07-mj-70059-MRGD   Document 8   Filed 02/21/07   Page 2 of 2

1  The Defendants in the above captioned matters, and the United States, through their
2  counsel, having agreed and consented to an extend the time for a preliminary hearing or the
3  filing of an indictment to March 12, 2007, and GOOD CAUSE having been found,
4      IT IS HEREBY ORDERED that
5      The time for preliminary hearing or filing of an indictment in the above captioned
6  matters, pursuant to Federal Rule of Criminal Procedure 5.1, shall be extended to March 12,
7  2007.
8  SO ORDERED.

2/21/07

_____
The Honorable WAYNE D. BRAZIL
Magistrate Judge

---

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT